1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2  BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )    CRIMINAL NO. 3-07-70695 B2
                                       )
13       Plaintiff,                    )
                                       )
14       v.                            )    NOTICE OF PROCEEDINGS ON
                                       )    OUT-OF-DISTRICT CRIMINAL
15                                     )    CHARGES PURSUANT TO RULES
    BARAJAS FLORENCIO,                 )    5(c)(2) AND (3) OF THE FEDERAL RULES
16                                     )    OF CRIMINAL PROCEDURE
         Defendant.                    )
17                                     )
                                       )
18
    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
    Procedure that on November 21, 2007 , the above-named defendant was arrested based upon an
20
    arrest warrant (copy attached) issued upon an
21
         ☐ Indictment
22
         ☐ Information
23
         ☒ Criminal Complaint
24
         ☐ Other (describe)
25
    pending in the Central District of California , Case Number ED06-00077M.
26

27

28

                                           1

1    In that case, the defendant is charged with a violation(s) of Title(s) 21 United States Code,

2    Section(s) 846.

3    Description of Charges: Conspiracy to Possess Illegal Drugs with Intent to Distribute (heroin).

4

5                                     Respectfully Submitted,

6                                     SCOTT N. SCHOOLS
                                      UNITED STATES ATTORNEY
7    Date: November 21, 2007.

8
                                      Denise Marie Barton
9                                     Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

COPY

# United States District Court

_____CENTRAL_____ · DISTRICT OF _____CALIFORNIA_____

ED 06 - 00077 M

UNITED STATES OF AMERICA

v.

FLORENCIO BARAJAS OCHOA,
  aka "JUNIOR"

WARRANT FOR ARREST
COMPLAINT
Case Number

To:  The United States Marshal or any
     Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>FLORENCIO BARAJAS OCHOA,</u> _____.
<u>aka "JUNIOR"</u> _____ _____ _____

<b>Name</b>

and bring him or her forthwith to the nearest Judge/Magistrate to answer a
Complaint charging him with conspiracy to possess illegal drugs with intent
to distribute in violation of Title__21, United States Code, Section 846.

with Bail fixed at $_____
REC: BY AUSA        Detention

Date: March <u>3</u>, 2006

STEPHEN G. LARSON
Name of Judge/Magistrate Judge

**STEPHEN G. LARSON**

_____
Signature of Judge/Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

1    IT IS FURTHER ORDERED that Immigration and Customs

2  Enforcement, the federal investigating agency, may disclose the

3  arrest warrant to other state and federal law enforcement

4  agencies assisting in the apprehension of defendant.

5  DATED: ___MAR - 3 2006___          STEPHEN G. LARSON

6

7                               _____
                               HONORABLE STEPHEN G. LARSON
                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COPY

1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   JEAN M. MOHRBACHER (CSB # 150856)
4  Assistant United States Attorney
   Deputy Chief, Narcotics Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-5202
7       email: jean.mohrbacher@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

```
                        FILED
               CLERK, U.S. DISTRICT COURT

                    MAR - 3 2006

               CENTRAL DISTRICT OF CALIFORNIA
               BY                       DEPUTY
```

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF            )    ED 06 - 00077 M
                               )
13  AN ARREST WARRANT AND       )    GOVERNMENT'S EX PARTE APPLICATION
                               )    AND FOR ORDER SEALING DOCUMENTS;
14  COMPLAINT                   )    DECLARATION OF JEAN M. MOHRBACHER
                               )
15                             )    [UNDER SEAL]
                               )
16

17  For good cause shown, IT IS HEREBY ORDERED THAT:

18       Pursuant to the government's ex parte application, the

19  complaint and arrest warrant against Florencio Barajas Ochoa, as

20  well as the ex parte application and this order be filed under

21  seal.

22       IT IS FURTHER ORDERED that the arrest warrant and complaint

23  shall be unsealed at the time of defendant's initial appearance.

24  //

25  //

26  //

27

28

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA v. | DOCKET NO. |
|---|---|
| FLORENCIO BARAJAS OCHOA, aka "JUNIOR" | MAGISTRATE'S CASE NO. ED 06 - 00077 M |

Complaint for violation of Title 21, United States Code § 846

| NAME OF MAGISTRATE JUDGE STEPHEN G. LARSON | UNITED STATES MAGISTRATE JUDGE | LOCATION Riverside, CA |
|---|---|---|

| DATE OF OFFENSE February 28, 2006 | PLACE OF OFFENSE San Bernardino, County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 28, 2006, defendant FLORENCIO BARAJAS OCHOA, aka "JUNIOR", conspired to possess illegal drugs with intent to distribute in violation of Title 21, United States Code, Section 846.

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT SENIOR SA MARK WEIDHASE |
|---|---|
| | OFFICIAL TITLE SPECIAL AGENT -- DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) STEPHEN G. LARSON | DATE March 3, 2006 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AUSA:JMM:sdp        REC: Detention

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, MARK WEIDHASE, being duly sworn, declare and state:

### I.   INTRODUCTION

1.   I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

2.   I am a Senior Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (DHS-ICE), Office of Investigations, assigned to the office of the Assistant Special Agent in Charge, Riverside, California.  I have been so employed since November 30, 2003.  Part of my duties is the investigation of criminal acts, including the unlawful importation of controlled substances.  For the four years prior to this I was employed as an Aviation Enforcement Officer, with DHS-ICE (legacy U.S. Customs Service), specializing in aviation and marine smuggling interdiction and investigations.  I have also served as a Border Patrol Agent, military police officer and investigator, and canine handler.  I am a graduate of the U.S. Border Patrol Academy, the Criminal Investigator Training Program, and Customs Basic Enforcement School, all located at the Federal Law Enforcement Training Center, Glynco, Georgia.  I have received intensive formal and practical training involving federal law, criminal procedure, and the federal rules of

evidence. I have completed 40 hours of formalized training on conducting Title III intercepts. In addition to my paid duties, I also serve as a part-time Advisory Committee Member of the California Commission on Peace Officer Standards and Training.

3. The purpose of this affidavit is to request an arrest warrant and complaint against FLORENCIO BARAJAS OCHOA, aka "JUNIOR," for violation of Title 21, United States Code, Section 846, conspiracy to possess with intent to distribute illegal drugs. FLORENCIO BARAJAS OCHOA is a hispanic male with date of birth June 7, 1981; height 5'8;" weight 140 pounds; and CDL B8534417.

4. I have been the case agent on a wiretap investigation into the drug trafficking activities of JESUS BARAJAS-ZEPEDA and others. As part of that investigation, on February 7, 2006, the Honorable Audrey Collins signed an order in CR Misc. No. 05-00187(F)-ABC, authorizing the interception of wire communications to and from telephone numbers:

a. (951) 377-1695, hereinafter referred to as **Target Telephone 4**, a cellular telephone issued by Nextel Inc. and bearing International Mobile Subscriber Identification ("IMSI") 316010023785535, subscribed to by Gabriel MERCADO and billed at 1775 East 20th Street, Apartment H5, San Bernardino, CA, 92404, and believed to be used by JESUS BARAJAS-ZEPEDA, aka "GORDO" aka "COUNTRY"; and

-2-

b.    (909) 382-1463, hereinafter referred to as **Target Telephone 5**, a cellular telephone issued by Cingular Wireless and bearing ESN 010197428910261 and IMSI 310410057684317, subscribed to by DBS Communications Inc., a known reseller of prepaid cellular services, and believed to be used by JESUS BARAJAS-ZEPEDA, aka "GORDO" aka "COUNTRY."

5.    The facts contained in the ensuing paragraphs are known to me on the basis of my review of wiretap call summaries and conversations with contract monitors and other law enforcement agents. I listened to numerous intercepted conversations, wherein these subjects identified themselves or were identified by another person conversing with them. Because many of the conversations were in Spanish, I also reviewed translations and summaries of those calls in English.

6.    In my experience, I have found that participants in illegal drug transactions often utilize a unique coded jargon during such transactions. These terms are used to avoid mention of drug proceeds as well as types, quantities and prices of controlled substances. Also drug traffickers prefer to use very vague terms to refer to places, co-conspirators and drugs to avoid detection. This coded and vague language is evident in many of the intercepted calls below.

I.    **SUMMARY OF PROBABLE CAUSE**

7.    On February 28, 2006, the Honorable Stephen G. Larson,

United States Magistrate Judge for the Central District of
California, authorized complaints against the following five
individuals for violation of 21 U.S.C. § 846, conspiracy to
possess illegal drugs with the intent to distribute: JESUS
BARAJAS ZEPEDA, FRANCISCO JAVIER ALVAREZ BARAJAS, DAGOBERTO
GONZALEZ-ROQUE, MARIA GUADALUPE ALVAREZ DE BARAJAS, and
INCARNACION TORRES JR. On March 1, 2006, investigating agents
realized that INCARNACION TORRES JR. was not the person they
sought on the criminal charged and placed him into deportation
proceedings around 10:00 a.m. on March 1, 2006. Agents also
realized that the person they were seeking was in fact FLORENCIO
BARAJAS OCHOA, who had been detained, but as explained more fully
below, was mistakenly released.

  8. In arresting the individuals listed above on February
28, 2006, several other individuals were detained as well at two
search locations for which federal search warrants were obtained
in conjunction with the original complaint. These locations were
5672 Acacia Avenue, San Bernardino, and 12828 Ramona Avenue,
Chino. On February 28, 2006, FLORENCIO BARAJAS OCHOA was seen
going to the Acacia Avenue residence with JESUS BARAJAS ZEPEDA,
who lives at that address. JESUS BARAJAS ZEPEDA and FLORENCIO
BARAJAS OCHOA were detained and arrested there. In the meantime,
when law enforcement agents secured the residence at Acacia
Avenue, INCARNACION TORRES, JR. was found inside the residence

-4-

and detained.

9.    As explained in greater detail below, law enforcement
seized approximately 21 pounds of heroin on February 28, 2006, as
a result of a series of wiretap calls on JESUS BARAJAS ZEPEDA's
two telephones.  In a number of those calls, a "JUNIOR" was
intercepted discussing plans and arrangements for the drug
transaction.  When the various individuals were detained at the
two residences, law enforcement believed that one of the
individuals could be the "JUNIOR" intercepted on the wire.  The
monitors, who had listened to the intercepted calls on the wire,
listened to the voices of INCARNACION TORRES JR. and FLORENCIO
BARAJAS OCHOA as they were being booked by law enforcement and
determined that FLORENCIO BARAJAS OCHOA's voice matched that of
"JUNIOR" in the wiretap calls.  This determination was made in
the early evening hours on February 28, 2006, while the complaint
was being prepared.

10.    Investigating agents working with me, however,
misunderstood and believed the monitors had identified
INCARNACION TORRES JR. as the voice of "JUNIOR," especially given
that TORRES' legal name is TORRES **JR**.  By about 4:00 a.m. on
March 1, 2006, investigating agents determined which detained
individuals should be released.  At this point, these agents had
been working for over 21 hours straight since 7:00 a.m., February
28, 2006, conducting surveillances, arrests, and booking

-5-

interviews. They then erroneously decided that FLORENCIO BARAJAS
OCHOA could be released, believing that TORRES was the "JUNIOR"
intercepted on the wiretap when in fact OCHOA was the "JUNIOR"
intercepted on the wiretap.

11. Several hours after OCHOA was released I realized the
mistake had been made and that the monitors had specifically
identified OCHOA as the "JUNIOR" intercepted on the wiretap.
Since that time, I have been attempting to locate OCHOA. Based
on evidence provided by a civilian witness, I learned in the
evening of March 2, 2006, that a person believed to be OCHOA had
left the San Bernardino area in a Ford Mustang I knew to be
registered to OCHOA and was driving on the Interstate 15. I,
along with other law enforcement agents, then conducted several
hours of surveillance on the Interstate 15 to no avail. OCHOA,
who is a United States citizen, lives in Hayword, California, and
hopefully will be found there soon.

12. The information below will show that beginning on
February 26, 2006, JESUS BARAJAS-ZEPEDA planned a drug
transaction, involving approximately 21.12 pounds of heroin, that
occurred on February 28, 2006. Intercepted calls, surveillance,
and seizures showed that the heroin was being supplied by
FRANCISCO JAVIER ALVAREZ-BARAJAS, who is identified in the calls
and hereinafter in this affidavit as "JAVIER" or "JAVI." JESUS
BARAJAS-ZEPEDA instructed FLORENCIA BARAJAS OCHOA to drive from

the San Francisco area down to JAVIER to assist in transporting
the drugs. In the intercepted calls FLORENCIA BARAJAS OCHOA is
referred to as "JUNIOR."

13. The drugs were delivered to the residence at 12828
Ramona Avenue on or about February 27, 2006. In the early
morning of February 28, 2006, JESUS BARAJAS-ZEPEDA drove from his
residence at 5672 Acacia Avenue, in San Bernardino, California,
and met with DAGOBERTO GONZALEZ-ROQUE at the Ramona Avenue
residence. JESUS BARAJAS-ZEPEDA was seen taking a box from the
garage of the residence and giving it to ROQUE who put it in his
car and drove off. Shortly thereafter, ROQUE was stopped by law
enforcement. A search of his car revealed the box, which
contained approximately 21.12 pounds of heroin. JESUS BARAJAS
ZEPEDA was arrested once he returned to his residence on Acacia
Avenue with FLORENCIO BARAJAS OCHOA in his car.

14. MARIO GUADALUPE ALVAREZ DE BARAJAS, referred to in the
calls and in the rest of this affidavit as "PILLA," assisted in
this transaction by passing information about the drug
transaction via telephone or in person between JESUS BARAJAS-
ZEPEDA, JAVIER, FLORENCIO BARAJAS OCHOA, and others and by
providing a box for the heroin.

15. The identity of the defendants in the various calls was
confirmed by voice comparisons and surveillance. In the summary
below, I am not including all the calls and conversation that

-7-

were included in the original complaint. Rather, I have selected
the conversations that clearly show FLORENCIO BARAJAS OCHOA's
involvement in the drug transaction.

## III. **PROBABLE CAUSE**

16. On February 26, 2006, at approximately 09:54 a.m.,
JESUS BARAJAS-ZEPEDA, using **Target Telephone 5,** received a call
from JAVIER LNU, who was calling from Mexican phone number 52-
664-158-0948. In this call, JAVIER asked if JESUS BARAJAS-ZEPEDA
had received a call from PILLA. JESUS BARAJAS-ZEPEDA replied
that he did not know, because his phone was turned off. JAVIER
then told JESUS BARAJAS-ZEPEDA to call his "TIA" (Sp. meaning
Aunt) and to tell him to "come down by tomorrow." JESUS BARAJAS-
ZEPEDA asked if JAVIER LNU had already received "the call" and if
"it is ready?" JAVIER replied "yes" and that he had already
received it. JESUS BARAJAS-ZEPEDA told JAVIER that "TIA" had
told JESUS BARAJAS-ZEPEDA that he was coming down yesterday and
might already be in the area. JAVIER asked if "TIA" would be
with a relative and JESUS BARAJAS-ZEPEDA assured JAVIER  that
"TIA" would be alone and could go right away. JAVIER  asked
JESUS BARAJAS-ZEPEDA to make sure they can leave today, so that
they could be in JAVIER's area by late afternoon or early
evening. JAVIER  again reminded JESUS BARAJAS-ZEPEDA to call the
"guy" and ensure that he can arrive by "early tomorrow." JESUS
BARAJAS-ZEPEDA told JAVIER  that once "they" arrive there, JAVIER

-8-

should tell them to make sure that they are going "carry a phone with a radio." JAVIER told JESUS BARAJAS-ZEPEDA that he was going to buy some cheap phones and would put minutes on them. JESUS BARAJAS-ZEPEDA told JAVIER that "they" had some of "those," but never bring them and that JESUS BARAJAS-ZEPEDA had told them to do so twice already. JAVIER suggested that JESUS BARAJAS-ZEPEDA should tell "him" to bring the phone with a radio, so they can change the number on it.

17.   Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that JAVIER and JESUS BARAJAS-ZEPEDA were discussing the drug deal that was going to happen on February 28, 2006. I also believe that JAVIER was using the nickname of "TIA" to describe FLORENCIO BARAJAS OCHOA, aka, "JUNIOR," whose involvement is more fully delineated in calls listed below. I believe that in this call ZEPEDA and JAVIER were making arrangements to have FLORENCIO BARAJAS OCHOA come down from the San Francisco area and meet with JAVIER to work on the drug transaction. I also believe that JAVIER had already received the load of drugs. I also believe that JAVIER has a prepaid Nextel telephone and that any references to a phone with a radio are indeed references to Nextel's direct connect feature.

18.   On February 26, 2006, at approximately 9:56 a.m. JESUS

-9-

BARAJAS-ZEPEDA using **Target Telephone 4**, placed a direct connect call to 126*918*7064. This number is assigned to a Nextel cellular phone that is known based on prior intercepted calls to be used by PILLA. Subscriber information for this phone has been requested, but has yet to be received by the investigating agents. In this call, PILLA told JESUS BARAJAS-ZEPEDA that "JAVI" had called and asked that she tell JESUS BARAJAS-ZEPEDA that there would be "work tomorrow," so JESUS BARAJAS-ZEPEDA should go ahead and call his "TIA."

19. Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that PILLA told JESUS BARAJAS-ZEPEDA that JAVIER had called and that the load of drugs would be arriving the day after this conversation took place. I believe her reference to "work tomorrow" is common code referring to drug trafficking. I also know that PILLA and JAVIER are brother and sister, and PILLA used "JAVI" which is a term of endearment for people named JAVIER in this conversation. In addition PILLA also described the person that JESUS BARAJAS-ZEPEDA should call as "TIA," showing that JESUS BARAJAS-ZEPEDA, JAVIER and PILLA all knew that the word "aunt" referred to a man, who I believe is most likely FLORENCIO BARAJAS OCHOA, aka, "JUNIOR."

20. On February 26, 2006, at approximately 9:56 a.m. JESUS

-10-

BARAJAS-ZEPEDA using **Target Telephone 5**, placed a call to the
Juniper Inc. pre-paid cellular telephone number of (415) 570-
1525.  This number is being used by a Hispanic male only known at
that time as "JUNIOR" and is possibly the person referred to as
"TIA" in the above calls.  Based on voice identification, I
believe that "JUNIOR" is in fact FLORENCIO BARAJAS OCHOA.  In
this call, JESUS BARAJAS-ZEPEDA asked FLORENCIO BARAJAS OCHOA if
he was "up there," which FLORENCIO BARAJAS OCHOA affirmed.  JESUS
BARAJAS-ZEPEDA told FLORENCIO BARAJAS OCHOA that he needed to go
"over there," where "that guy" was.  FLORENCIO BARAJAS OCHOA
agreed and stated that he would shower before heading out that
way.  JESUS BARAJAS-ZEPEDA told FLORENCIO BARAJAS OCHOA that he
had to be there that afternoon, so that FLORENCIO BARAJAS OCHOA
could "work tomorrow morning" as "JAVIER is ready now."
FLORENCIO BARAJAS OCHOA opined that he could go by plane, but he
did not have enough money.  JESUS BARAJAS-ZEPEDA offered to call
"that guy" or FLORENCIO BARAJAS OCHOA could just try to get some
money somehow and added that FLORENCIO BARAJAS OCHOA would get
some back from "that" anyway.  FLORENCIO BARAJAS OCHOA replied
"okay" and JESUS BARAJAS-ZEPEDA reiterated that FLORENCIO BARAJAS
OCHOA had to be there by the afternoon, so he could be set for
the morning.  FLORENCIO BARAJAS OCHOA replied that he would look
for tickets and JESUS BARAJAS-ZEPEDA reminded FLORENCIO BARAJAS
OCHOA to "bring the radio" with him, so that "they" could put a

-11-

number on it.   FLORENCIO BARAJAS OCHOA replied that he would do
so.

21.   Based on my review of the conversation, review of other
intercepted telephone conversations in this case, discussions
with other investigators in this case, and my training and
experience, I believe that FLORENCIO BARAJAS OCHOA is the person
referred to as "TIA" by JAVIER  and PILLA in the calls described
above.  I know that FLORENCIO BARAJAS OCHOA has previously
contacted JESUS BARAJAS-ZEPEDA and discussed the drug trade,
using the Juniper pre-paid telephone used here.  I also believe
that FLORENCIO BARAJAS OCHOA was being told by JESUS BARAJAS-
ZEPEDA to meet with JAVIER to participate in the drug deal that
was to take place on or about February 27, 2006, to which JAVIER,
PILLA and JESUS BARAJAS-ZEPEDA were parties.  I also believe that
FLORENCIO BARAJAS OCHOA most likely resides in the San Francisco
Bay area and was possibly going to be used as a courier for the
drugs.

22.   On February 26, 2006, at approximately 10:15 a.m.,
JESUS BARAJAS-ZEPEDA, while using **Target Telephone 4**, placed a
call to the Mexican telephone number of 52-663-281-0342.  This
number is being used by JAVIER.  In this call, JESUS BARAJAS-
ZEPEDA told JAVIER  that "they" would be arriving there by plane.
JAVIER  replied that this surely meant that "they" had money.
JESUS BARAJAS-ZEPEDA replied that "they" really did not, but that

-12-

it would be faster. JAVIER stated that it was ten o'clock and asked how long it would take "them" to arrive if they drove. JAVIER pointed out that there would not be any traffic. JESUS BARAJAS-ZEPEDA replied that it would take "them" about eight hours for "them" to get to JAVIER's area.

23. Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that JESUS BARAJAS-ZEPEDA was telling JAVIER about his earlier call with FLORENCIO BARAJAS OCHOA and that JESUS BARAJAS-ZEPEDA and FLORENCIO BARAJAS OCHOA had agreed that FLORENCIO BARAJAS OCHOA would attempt to purchase airline tickets to travel to JAVIER's location.

24. On February 26, 2006, at approximately 11:06 a.m., JESUS BARAJAS-ZEPEDA, using **Target Telephone 5**, received a call from FLORENCIO BARAJAS OCHOA who was calling from (415) 570-1525, a Juniper Inc. pre-paid cellular phone. FLORENCIO BARAJAS OCHOA told JESUS BARAJAS-ZEPEDA that there were no tickets to the area where "that guy was." JESUS BARAJAS-ZEPEDA told FLORENCIO BARAJAS OCHOA that he should just go by car. FLORENCIO BARAJAS OCHOA offered that he could get a flight to JESUS BARAJAS-ZEPEDA's area, but that this would probably not be much better. JESUS BARAJAS-ZEPEDA reiterated that FLORENCIO BARAJAS OCHOA should just go by car. FLORENCIO BARAJAS OCHOA agreed and stated

that he would probably be getting there late. JESUS BARAJAS-ZEPEDA agreed that it would be late.

25. Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that JESUS BARAJAS-ZEPEDA and FLORENCIO BARAJAS OCHOA agreed in this call that FLORENCIO BARAJAS OCHOA would drive to JAVIER's location from San Francisco.

26. On February 26, 2006, at approximately 3:57 p.m., **Target Telephone 5**, being used by JESUS BARAJAS-ZEPEDA called (415) 570-1525, the cellular telephone being used by FLORENCIO BARAJAS OCHOA. JESUS BARAJAS-ZEPEDA asked FLORENCIO BARAJAS OCHOA where he was and FLORENCIO BARAJAS OCHOA replied that he was nearby and almost there. JESUS BARAJAS-ZEPEDA told FLORENCIO BARAJAS OCHOA to go straight over there, as JESUS BARAJAS-ZEPEDA would have to go over there anyway. FLORENCIO BARAJAS OCHOA asked if there would be a place where he can leave his car, which JESUS BARAJAS-ZEPEDA affirmed.

27. Based on my review of the above conversations, my knowledge of this investigation and on my training and experience, I believe that in this call FLORENCIO BARAJAS OCHOA and ZEPEDA were making arrangements to meet in preparation for the drug transaction. Follow-up calls between FLORENCIO BARAJAS OCHOA and JESUS BARAJAS-ZEPEDA indicated that FLORENCIO BARAJAS

-14-

OCHOA had experienced car troubles and that JESUS BARAJAS-ZEPEDA
brought another vehicle to FLORENCIO BARAJAS OCHOA.  Based on
surveillance efforts, it was surmised that JESUS BARAJAS-ZEPEDA
brought a car registered to IGNACIO BARAJAS, California license
plates # 5MEF972, to FLORENCIO BARAJAS OCHOA and that the
exchange of cars took place near the Interstate 15 and Freeway 60
interchange in Mira Loma, California.  I know that the vehicle
registered to IGNACIO BARAJAS, California license plate #
5MEF972, was parked earlier in the day at the residence of JESUS
BARAJAS-ZEPEDA at 5672 Acacia Avenue, San Bernardino.
Immediately after JESUS BARAJAS-ZEPEDA told FLORENCIO BARAJAS
OCHOA that he was on his way to meet FLORENCIO BARAJAS OCHOA,
agents noted that this vehicle was no longer parked in the
driveway of the residence, however the Chevrolet pick-up truck
usually being driven by JESUS BARAJAS-ZEPEDA remained at the
house.  I believe that this exchange took place at a "Farmer's
Market" restaurant near the intersection of Etiwanda Avenue and
Van Buren Boulevard in Mira Loma, California, as FLORENCIO
BARAJAS OCHOA told JESUS BARAJAS-ZEPEDA that he was at a
restaurant with a "yellow sign" and when asked for the name of
the restaurant, FLORENCIO BARAJAS OCHOA replied "Farmers."  Due
to heavy traffic and vague directions, surveillance agents were
not able to observe the meeting between FLORENCIO BARAJAS OCHOA
and JESUS BARAJAS-ZEPEDA.

-15-

28. On February 27, 2006, at approximately 2:24 p.m., JESUS BARAJAS-ZEPEDA, while using **Target Telephone 4** called JAVIER at the Mexican telephone number of 52-664-281-0342. In this call, JESUS BARAJAS-ZEPEDA asked JAVIER if the guy had gone there yet. JAVIER replied that he did not know and asked JESUS BARAJAS-ZEPEDA if the unspecified person had called JESUS BARAJAS-ZEPEDA. JESUS BARAJAS-ZEPEDA replied that he had not. JAVIER told JESUS BARAJAS-ZEPEDA to call PILLA, so she could tell JESUS BARAJAS-ZEPEDA what was up. JAVIER told JESUS BARAJAS-ZEPEDA that he would call PILLA himself. JESUS BARAJAS-ZEPEDA told JAVIER that he would call the third party to see if he had left yet.

29. Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that JESUS BARAJAS-ZEPEDA asked JAVIER if FLORENCIO BARAJAS OCHOA had already arrived at JAVIER's location and JAVIER in return asked if JESUS BARAJAS-ZEPEDA had received a call from FLORENCIO BARAJAS OCHOA. Neither of them had heard anything yet and I believe that JAVIER once again indicated that he was coordinating the drug deal through PILLA.

30. On February 27, 2006, at approximately 2:28 p.m. Target Telephone 4, while being used by JESUS BARAJAS-ZEPEDA placed a call to PILLA at Nextel direct connect number 126*918*7064. In this call, JESUS BARAJAS-ZEPEDA asked if that guy had left yet.

-16-

PILLA said that she did not know and that she was at Lupe's (NFI) right now and that she could try to find out. JESUS BARAJAS-ZEPEDA stated that he had been trying to call MARIA LNU's number and the other number and that they were not answering the phones. PILLA told JESUS BARAJAS-ZEPEDA that FLORENCIO BARAJAS OCHOA woke up early to take MARIA LNU to a funeral service. JESUS BARAJAS-ZEPEDA replied that the guy was dumb and should have left already. PILLA replied that she did not want to say anything to them.

31. Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that JESUS BARAJAS-ZEPEDA and PILLA were talking about FLORENCIO BARAJAS OCHOA, who is related to MARIA LNU. I know that JESUS BARAJAS-ZEPEDA tried to call FLORENCIO BARAJAS OCHOA's phone on two occasions just prior to this call but did not get through. I know that on February 27, 2006, at approximately 2:30 p.m., PILLA called JESUS BARAJAS-ZEPEDA on **Target Telephone 5** from a Nextel phone identified by its IMSI number of 316010101234335. PILLA told JESUS BARAJAS-ZEPEDA that they were still at the house and that she had talked to MARIA LNU. JESUS BARAJAS-ZEPEDA asked if FLORENCIO BARAJAS OCHOA was already there and PILLA stated he was. JESUS BARAJAS-ZEPEDA asked if PILLA had reached them on MARIA LNU's phone, to which

-17-

PILLA replied that she was on the other line with MARIA LNU at
that time.  JESUS BARAJAS-ZEPEDA stated that he would call MARIA
LNU.  PILLA replied that MARIA LNU's number was (510) 292-1098.
Immediately after this call, JESUS BARAJAS-ZEPEDA called the
number for MARIA LNU from **Target Telephone 5** and asked MARIA if
they were up yet.  MARIA LNU replied that they were in the car
and on their way there.  JESUS BARAJAS-ZEPEDA referred to MARIA
LNU as his aunt and closed by stating "God willing we will see
you in the morning."

32. The above series of calls have led me to believe that
MARIA LNU, FLORENCIO BARAJAS OCHOA, PILLA, JAVIER  and JESUS
BARAJAS-ZEPEDA were working in concert to facilitate the drug
transaction that was the subject of all of the above calls.

33.  On February 27, 2006, at **6:29 p.m.**, JESUS BARAJAS-
ZEPEDA then used **Target Telephone 4** to call PILLA at Nextel
direct connect number 126*918*7064.  In this call, JESUS BARAJAS-
ZEPEDA asked PILLA if she was near her home, as he was heading
there now and also asked if PILLA could get a cardboard box.
PILLA asked if a shoe box would do and JESUS BARAJAS-ZEPEDA
replied that it would have to be about three times bigger.  PILLA
stated that she did have something like that and would look for
it when she returned to the house.  JESUS BARAJAS-ZEPEDA stated
that if PILLA did not have one she should get a bag or they would
put it in a suitcase.  PILLA acknowledged and the call was ended.

-18-

34.    Based on my review of the conversation, review of other intercepted telephone conversations in this case, discussions with other investigators in this case, and my training and experience, I believe that JESUS BARAJAS-ZEPEDA was asking PILLA for a container to place drugs into.  I know from surveillance teams that watched JESUS BARAJAS-ZEPEDA for most of the day, that shortly before this call was placed, JESUS BARAJAS-ZEPEDA was at his residence at 5672 Acacia Avenue, San Bernardino, California. In a follow-on call between PILLA and JESUS BARAJAS-ZEPEDA using the same phones as above and placed at approximately 7:11 p.m. on February 27, 2006, JESUS BARAJAS-ZEPEDA told PILLA that it would not take long and that he was just waiting on the "man" to get there.

35.    On February 28, 2006, at approximately 6:18 a.m., I observed JESUS BARAJAS-ZEPEDA as he departed his residence at 5672 Acacia Avenue, San Bernardino, California, 92407.  JESUS BARAJAS-ZEPEDA, who was alone, was followed to 12828 Ramona Avenue, Chino, California.

36. On February 28, 2006, at approximately 7:01 a.m., JESUS BARAJAS-ZEPEDA, while using **Target Telephone 4**, called PILLA at Nextel direct connect number 126*918*7064 and asked if she was ready.  PILLA replied that she was on her way.  At the time of this call, I observed JESUS BARAJAS-ZEPEDA's pick-up truck in the driveway of 12828 Ramona Avenue, Chino, California.

-19-

37.  On February 28, 2006, at 7:41 a.m., JESUS BARAJAS-
ZEPEDA, while using **Target Telephone 5,** called  DAGOBERTO
GONZALES-ROQUE at (909) 578-0991.  In this call, JESUS BARAJAS-
ZEPEDA told DAGOBERTO GONZALES-ROQUE to come and for DAGOBERTO
GONZALES-ROQUE to call JESUS BARAJAS-ZEPEDA once he was ready.

38.  On February 28, 2006, at approximately 8:33 a.m.,
DAGOBERTO GONZALES-ROQUE called **Target Telephone 5** and told JESUS
BARAJAS-ZEPEDA that he was right outside.  At the same time,
surveillance agents observed a blue, Chevrolet Monte Carlo,
bearing California license plate 4VPE322, driven by DAGOBERTO
GONZALES-ROQUE as it pulled into the driveway of 12828 Ramona
Avenue, Chino, California.  JESUS BARAJAS-ZEPEDA was observed by
surveillance officers as he exited the house and greeted
DAGOBERTO GONZALES-ROQUE.  Both went into the residence.  Shortly
thereafter JESUS BARAJAS-ZEPEDA was seen entering the garage at
the residence and taking out a box.  JESUS BARAJAS-ZEPEDA was
seen giving the box to DAGOBERTO GONZALES-ROQUE who placed it
into the trunk of the Monte Carlo.  JESUS BARAJAS-ZEPEDA returned
to the Ramona residence.

39.  On February 28, 2006, at approximately 8:35 a.m., JESUS
BARAJAS-ZEPEDA utilizing **Target Telephone 4,** placed an
international phone call to 011-52-452-112-6764.  In this call,
JESUS BARAJAS-ZEPEDA spoke to an unknown male ("UM").  JESUS
BARAJAS-ZEPEDA told UM that it was done and that he was with the

-20-

guy. JESUS BARAJAS-ZEPEDA asked if the UM had anything so that
JESUS BARAJAS-ZEPEDA could give it to the guy who was going up
there. UM then asked to speak with the person who was with JESUS
BARAJAS-ZEPEDA. UM then asked DAGOBERTO GONZALES-ROQUE if he had
the "five," which DAGOBERTO GONZALES-ROQUE acknowledged. The UM
added that later on the other buddy would get the rest and they
would give the rest to JESUS BARAJAS-ZEPEDA.

    40. Based on my review of the conversation, review of other
intercepted telephone conversations in this case, discussions
with other investigators in this case, and my training and
experience, I believe that in this call JESUS BARAJAS-ZEPEDA
confirmed with another co-conspirator that he was giving drugs to
ROQUE. This co-conspirator then confirmed with ROQUE who was with
JESUS BARAJAS ZEPEDA at the Ramona Avenue residence that ROQUE
was receiving drugs.

    41. DAGOBERTO GONZALES-ROQUE entered the Chevrolet Monte
Carlo and departed the residence at approximately 8:40 a.m. and
was followed to Randall Avenue, east of Citrus Street, in the
city of Fontana, California. At approximately 9:05 a.m.
California Highway Patrol officer Blaine stopped DAGOBERTO
GONZALES-ROQUE for violating California Vehicle Code 27315(d),
failure to wear a seatbelt while operating a motor vehicle.
Officer Blaine discovered that DAGOBERTO GONZALES-ROQUE was an
unlicensed driver and the subject of a $5,000 warrant related to

-21-

traffic charges. DAGOBERTO GONZALES-ROQUE was taken into custody and his vehicle was impounded. During the impound search, a cardboard box was discovered in the trunk of the vehicle. A drug detector dog positively alerted to the presence of drugs when exposed to the cardboard box, which was identical in shape and appearance to the box, which DAGOBERTO GONZALES-ROQUE had loaded into the trunk of the car while at 12828 Ramona Avenue, Chino, California. Inside the box, CHP officers discovered a tar like substance, whose appearance was consistent with black-tar heroin. A field test of the content of the cardboard box indicated a positive result for the presence of heroin. The cardboard box and contents were seized and are at present in the custody of California Bureau of Narcotics agents.

42. At approximately 10:13 a.m., JESUS BARAJAS-ZEPEDA was observed as he departed the residence at 12828 Ramona Avenue, Chino, California, accompanied by another individual, who was subsequently identified as FLORENCIO BARAJAS OCHOA. Both entered JESUS BARAJAS-ZEPEDA's truck and were followed as they returned to JESUS BARAJAS-ZEPEDA's residence at 5672 Acacia Avenue, San Bernardino, California, where they arrived at approximately 11:18 a.m. As JESUS BARAJAS-ZEPEDA parked his vehicle, he and FLORENCIO BARAJAS OCHOA were taken into custody by agents of the DHS-ICE and California Bureau of Narcotics Enforcement.

43. In his booking interview, FLORENCIO BARAJAS ZEPEDA

-22-

indicated that he lived in Hayword, California, which I know is
in the San Francisco area. This fact further leads me to believe
that he was the individual discussed and intercepted in the calls
who was to drive down to meet with JAVIER. This is further
confirmed by the fact that in the calls in which FLORENCIO
BARAJAS OCHOA was intercepted, he was using a cellular telephone
with the area code for the San Francisco area, 415. Also, a Ford
Mustang registered to OCHOA at his Hayword address was found at
the Acacia address.

44. On the basis of the information set forth herein, I
believe there is probable cause to support the issuance of an
arrest warrant and complaint for violation of Title 21 United
States Code, Section 846.


Mark Weidhase
Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me

this ____3____ day of March, 2006.

STEPHEN G. LARSON

HONORABLE STEPHEN G. LARSON
UNITED STATES MAGISTRATE JUDGE

-23-