UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 4, 2007

Office of the Clerk
U.S. District Court
3470 - 12th St.
Riverside CA 92501

**FILED**

DEC 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:       USA v. Florencio Barajas Ochoa
Case Number:     3-07-70695 MAG
Charges:         21:846 consp. to possess illegal drugs with intent to distribute

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge  Bernard Zimmerman  The following action has been taken:

    [X]  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    [X]  The defendant has a court appearance in your court on:
        12/5/07 before Judge Parada

Enclosed are the following documents:

*Originals sent of all three* → ~~Copy~~ ~~original~~ Rule 40 affidavit      *original bond*
→ ~~Copy~~ ~~original~~ minute orders
→ ~~certified copy of AO 94, Commitment to Another District~~

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

*Sent copies as original but here as of today party*

-----

Receipt of the above-described documents is acknowledged herewith and assigned case number:

EDCR06-18 VAP

Date: 12-12-07  M. Meade
Deputy Clerk     CLERK, U.S. DISTRICT COURT